**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA ISSUED TO ETHICARE ADVISORS, INC. | Civil Action No. 2:20-cv-01886<br><br>**AMENDED CERTIFICATE OF SERVICE** |

I hereby certify that on February 21, 2020, true and correct copies of the Notice of Motion to Compel Compliance with Rule 45 Subpoena Issued to EthiCare Advisors, Inc. and supporting papers were electronically filed with the Court and served via Federal Express upon the following:

        Mark C. Nielson
        Ross McSweeney
        Groom Law Group, Chartered
        1701 Pennsylvania Avenue, N.W., Suite 1200
        Washington, DC  20006

        EthiCare Advisors
        CT Corporation
        701 S. Carson Street, Suite 200
        Carson City, NV  89701

                               s/ Jeffrey A. Carr
                               Jeffrey A. Carr

Date:  February 25, 2020