# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA ISSUED TO ETHICARE ADVISORS, INC.** | Case No. 2:20-cv-01886-WJM-MF |

## ORDER

AND NOW, this _26_ day of _February_, 2020, upon consideration of the Application for Extension of Time to Respond made by Respondent EthiCare Advisors, Inc. it is hereby ORDERED that the application is GRANTED, and Respondent may file an opposition to Plaintiffs' motion to compel (Dkt. 1) on or before March 16, 2020.

_____
HON. MARK FALK, Chief U.S.M.J.