# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA ISSUED TO ETHICARE ADVISORS, INC.** | Case No. 2:20-cv-01886-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendant, EthiCare Advisors, Inc., in the above-referenced matter.

Dated:  March 3, 2020                    Respectfully submitted,

                                                                      _____
                                                                      Matthew J. Junk (I.D. # 013142000)
                                                                       Deasey, Mahoney & Valentini, Ltd.
                                                                       1601 Market Street, Suite 3400
                                                                       Philadelphia, PA 19103
                                                                       Telephone: (215) 587-9400
                                                                       Email:  MJunk@dmvlawfirm.com

                                                                       *Attorneys for EthiCare Advisors, Inc.*