Jeffrey A. Carr
Jason J. Moreira
**PEPPER HAMILTON LLP**
301 Carnegie Center, Suite 400
Princeton, New Jersey 08540-5276
carrj@pepperlaw.com
moreiraj@pepperlaw.com
Tel.: (609) 951-4116
Fax: (866) 422-3721

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### Camden Vicinage

|  |  |
|---|---|
| IN RE MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA ISSUED TO ETHICARE ADVISORS, INC. | Civil Action No. 2:20-cv-01886 <br><br> **NOTICE OF APPEARANCE** |

Please enter my appearance as counsel of record for Plaintiffs/Applicants Star

Dialysis, LLC, Ordust Dialysis, LLC, Routt Dialysis, LLC, Panther Dialysis, LLC, and DaVita

Inc. in the above-captioned matter.

s/ Jason J. Moreira
Jeffrey A. Carr
Jason J. Moreira
**PEPPER HAMILTON LLP**
*(A Pennsylvania LLP)*
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543-5276
moreiraj@pepperlaw.com

Dated:  March 11, 2020

*Attorneys for Ethicare Advisors, Inc.*
