**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA ISSUED TO ETHICARE ADVISORS, INC.** | Case No. 2:20-cv-01886-WJM-MF<br><br>**CERTIFICATE OF SERVICE**<br><br>ELECTRONICALLY FILED |

    The undersigned certifies that he caused a copy of the STATEMENT OF SUPPLEMENTAL AUTHORITY to be electronically filed and copies distributed upon the following:

**Via E-Mail**
Jeffrey A. Carr and Jason J. Moreira
PEPPER HAMILTON LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543

Jennifer S. Lewin
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
**Attorneys for Plaintiff**

**Via ECF Filing**
Honorable William J. Martini, U.S.D.J.
Martin Luther King Building & U.S.
    Courthouse
50 Walnut Street, Room MLK 4B
Newark, NJ 07101

Dated: August 4, 2020

Respectfully submitted,

_____
Matthew J. Junk (I.D. # 013142000)
Deasey, Mahoney & Valentini, Ltd.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 587-9400
Email: MJunk@dmvlawfirm.com

Attorneys for EthiCare Advisors, Inc.