EXHIBIT A to Statement of Supplemental Authority

**FRANCIS J. DeVITO, P.A.**
250 Moonachie Road, Suite 305
Moonachie, NJ 07074
(201) 487-7575
Attorney for Plaintiff
I.D.#244461968

FILED
JUL 13 2020
WALTER F. SKROD, J.S.C.

-------------------------------------------------x

THOMAS R. PETERSON, M.D., P.C.,

    PLAINTIFF,

V.

CIGNA HEALTH AND LIFE
INSURANCE d/b/a CIGNA HEALTH
CARE, WINE LIQUOR AND
DISTILLERY WORKERS LOCAL 1-D,
MAJOR MEDICAL PLAN, MAGNA
CARE, OLGA MENDOZA, NATIONAL
LABOR BENEFITS,

    DEFENDANTS.

-------------------------------------------------x

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – BERGEN COUNTY
DOCKET NO.: BER-518-18

CIVIL ACTION

**ORDER**

**THIS MATTER** being opened to the Court by consent of all parties; and for good cause shown;

**IT IS**, on this 10th day of ~~June~~ July, 2020; WFS

**ORDERED THAT** Zelis a/k/a PHX supply discovery as requested in the Subpoena Ad Testificandum, and it is **DENIED\***

**FURTHER ORDERED**, that a copy of this Order be served upon all parties within seven (7) days from the date hereof.

_____
HONORABLE WALTER F. SKROD, J.S.C.

(x) opposed

\* Zelis is a non party and plaintiff is seeking confidential info from a non party relative to plaintiff's open claim against the Union (contract) and NLB (negligence). The open claims do not arise out of, nor are they dependant upon, how Zelis priced the claim. See Berrie v Berrie 188 NJ Super 274, 285 (Ch. Div 1983)