UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBOPEONA ISSUED TO ETHICARE ADVISORS, INC.,

Civ. A. No. 20-1886 (WJM)

**ORDER**

**THIS MATTER** comes before the Court by way of Petitioner's Motion to Compel Compliance with a Rule 45 Subpoena [ECF No. 1] and its Motion for Leave to File a Reply Brief [ECF No. 10]; and the Court having considered the papers in support of and in opposition to both motions; and for the reasons stated in the Opinion issued on this date;

**IT IS** on this 12th day of August 2020,

**ORDERED** that, Petitioner's motion to compel compliance with a subpoena [ECF No. 1] is **DENIED**; and it is further

**ORDERED** that, Petitioner's motion for leave to file a reply brief [ECF No. 10] is **GRANTED**.

s/Mark Falk
**MARK FALK**
**Chief U.S. Magistrate Judge**